565 U.S. 931, 132 S. Ct. 370, 181 L. Ed. 2d 236, 2011 U.S. LEXIS 7117.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 624 F.3d 889.

No. 10-10011. Kevin Grant, Petitioner v. United States.

565 U.S. 931, 132 S. Ct. 371, 181 L. Ed. 2d 236, 2011 U.S. LEXIS 7023,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 636 F.3d 803.

No. 10-10426. Oliver G. West, Petitioner v. Dennis Breslin, Superintendent, Arthur Kill Correctional Facility.

565 U.S. 931, 132 S. Ct. 371, 181 L. Ed. 2d 236, 2011 U.S. LEXIS 6827.

October 3, 2011. Petition for writ of certiorari to the United States Court of

Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 410 Fed. Appx. 393.

No. 10-10533. John-Pierre Baney, Petitioner v. Merit Systems Protection Board.

565 U.S. 931, 132 S. Ct. 372, 181 L. Ed. 2d 236, 2011 U.S. LEXIS 6892.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Leave to proceed as a veteran granted. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied. Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 415 Fed. Appx. 244.